# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 5:03CR30009 |
| v. ) | **ORDER** |
| ) | |
| BRIAN A. FOREMAN, ) | By: James P. Jones |
| ) | Chief United States District Judge |
| Defendant. ) | |

The government has filed a timely motion pursuant to Fed. R. Crim. P. 35(b) for reduction of sentence of the defendant, who was sentenced on September 30, 2003, to 180 months imprisonment. The government has also filed the written basis for its request, to which the defendant has responded. The motion is thus ripe for decision.

The motion is GRANTED. Based on the factors set forth in section 5K1.1 of the Sentencing Guidelines, I will reduce the defendant's sentence from 180 months to 90 months, which reduction adequately recognizes the defendant's assistance to the government without depreciating the seriousness of the offense.

The clerk is directed to prepare an amended judgment and commitment.

It is so **ORDERED**.

ENTER: May 13, 2005

/s/ JAMES P. JONES
Chief United States District Judge